# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>JOHNSON JR., HERMAN N. | 2. Court or Organization<br><br>UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ALABAMA | 3. Date of Report<br><br>05/11/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>UNITED STATES MAGISTRATE JUDGE - FULL TIME | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

U.S. DISTRICT COURT
101 HOLMES AVENUE, N.E.
HUNTSVILLE, AL 35801

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2010-2019 | Samford University 403(b) retirement plan, managed by Fidelity Investments |
| 2. 2010-2019 | Samford University defined benefit pension plan |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| JOHNSON JR., HERMAN N. | 05/11/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Wilkinson, Walsh, & Eskovitz, LLP; Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **JOHNSON JR., HERMAN N.** | 05/11/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JOHNSON JR., HERMAN N. | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 403b (H) | | | | | | | | | |
| 2. - FIDELITY: FID 500 INDEX PR | D | Dividend | N | T | | | | | |
| 3. - DFA GLOBAL EQUITY PORTFOLIO INSTITUTIONAL CLASS | B | Dividend | L | T | | | | | |
| 4. - FIDELITY: FID MID CAP IDX PR | B | Dividend | L | T | | | | | |
| 5. - FIDELITY: SM CAP IDX PR | B | Dividend | L | T | | | | | |
| 6. - FIDELITY: FID GBL XUS IDX PR | B | Dividend | K | T | | | | | |
| 7. - T. ROWE PRICE: TRP INTL VALUE EQ | | | | | Sold | 01/02/19 | K | A | |
| 8. - DFA INTL VALUE I | B | Dividend | K | T | Buy | 01/02/19 | K | | |
| 9. FIRST BANK OF TENNESSEE CASH ACCOUNT | A | Interest | J | T | | | | | |
| 10. CITIBANK CASH ACCOUNT | A | Interest | O | T | | | | | |
| 11. SYNOVUS CASH ACCOUNT | | None | J | T | | | | | |
| 12. WALT DISNEY CO COM | A | Dividend | J | T | | | | | |
| 13. PEPSICO INC COM | A | Dividend | J | T | | | | | |
| 14. UNITED PARCEL SERVICE CL B | A | Dividend | J | T | | | | | |
| 15. HOME FEDERAL SAVINGS AND LOAN ASSOCIATION - CD #1 | A | Interest | | | Closed | 11/01/19 | K | | |
| 16. CITIBANK CD | B | Interest | L | T | | | | | |
| 17. HOME FEDERAL SAVINGS AND LOAN ASSOCIATION - CD #2 | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JOHNSON JR., HERMAN N. | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CITIBANK CD #2 | A | Interest | K | T | Buy | 08/29/19 | K | | |
| 19. CITIBANK CD #3 | A | Interest | L | T | Buy | 06/20/19 | K | | |
| 20. COLLEGECOUNTS ADVISOR 529 PLAN #1 (H) | | | | | | | | | |
| 21. - PIMCO ST 529 PF A | | None | J | T | | | | | |
| 22. - AMER CENT EQU 529 PF A | | None | J | T | | | | | |
| 23. - TRP LG CAP 529 PF A | | None | J | T | | | | | |
| 24. - NORTH MID CAP INDEX 529 PF A | | None | J | T | | | | | |
| 25. - NORTH SM CAP INDEX 529 PF A | | None | J | T | | | | | |
| 26. - NEUB BER INTL SELECT 529 PF A | | None | J | T | | | | | |
| 27. - CRED SUI COMMOD RETURN STRAT 529 PF A | | None | J | T | | | | | |
| 28. - MAINSTAY MCKAY TOT RET BOND 529 PF A | | None | J | T | | | | | |
| 29. - VANG EMERG MKT SEL STOCK 529 PF A | | None | J | T | | | | | |
| 30. COLLEGECOUNTS ADVISOR 529 PLAN #2 (H) | | | | | | | | | |
| 31. - PIMCO ST 529 PF A | | None | J | T | | | | | |
| 32. - AMER CENT EQU 529 PF A | | None | J | T | | | | | |
| 33. - TRP LG CAP 529 PF A | | None | J | T | | | | | |
| 34. - NORTH MID CAP INDEX 529 PF A | | None | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JOHNSON JR., HERMAN N. | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - NORTH SM CAP INDEX 529 PF A | | None | J | T | | | | | |
| 36. - NEUB BER INTL SELECT 529 PF A | | None | J | T | | | | | |
| 37. - CRED SUI COMMOD RETURN STRAT 529 PF A | | None | J | T | | | | | |
| 38. - MAINSTAY MCKAY TOT RET BOND 529 PF A | | None | J | T | | | | | |
| 39. - VANG EMERG MKT SEL STOCK 529 PF A | | None | J | T | | | | | |
| 40. COLLEGECOUNTS DIRECT 529 PLAN - AGE BASED #1 | | None | K | T | Buy | 06/10/19 | J | | |
| 41. COLLEGECOUNTS DIRECT 529 PLAN - AGE BASED #2 | | None | K | T | Buy | 06/10/19 | J | | |
| 42. | | | | | | | | | |
| 43. | | | | | | | | | |
| 44. | | | | | | | | | |
| 45. | | | | | | | | | |
| 46. | | | | | | | | | |
| 47. | | | | | | | | | |
| 48. | | | | | | | | | |
| 49. | | | | | | | | | |
| 50. | | | | | | | | | |
| 51. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **JOHNSON JR., HERMAN N.** | 05/11/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

IN THE 2018 REPORT, I INADVERTENTLY FAILED TO DISCLOSE A SECOND HOME FEDERAL SAVINGS & LOAN ASSOCIATION CD AND TWO COLLEGECOUNTS 529 PLANS WE OPENED IN 2018.  I HAVE INCLUDED THEM IN THIS REPORT IN PART VII.  THE COLLEGECOUNTS 529 PLANS DO NOT GENERATE ANY INCOME.

| Name of Person Reporting | Date of Report |
|---|---|
| **JOHNSON JR., HERMAN N.** | 05/11/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ HERMAN N. JOHNSON JR.**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544